MCGREGOR SCOTT
United States Attorney
JAMIE PAETZ
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4310 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 7294543 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| ADAM P. BROWN, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor Scott, United States Attorney, and Jamie Paetz, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7294543 against ADAM P. BROWN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: September 5, 2018          Respectfully Submitted,
                                  McGregor Scott
                                  United States Attorney

                              By: PAETZ.JAMIE.MICHELLE.1288148232
                                  Digitally signed by PAETZ.JAMIE.MICHELLE.1288148232
                                  Date: 2018.09.05 11:42:43 -07'00'

                                  Jamie Paetz
                                  Special Assistant United States Attorney

Page 1 of 2

U.S. v. ADAM P. BROWN
Citation No. 7294543

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 7294543 against ADAM P. BROWN be dismissed without prejudice, in the interest of justice.

Dated: _____Sept. 5_, 2018

_/s/ Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge